THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH CAPECE                        :
                                     :
            Plaintiff                :
                                     :
      v.                             :     3:12-CV-1542
                                     :     (JUDGE MARIANI)
HESS MASCHINENFABRIK GmbH &          :
CO. KG                               :
                                     :
            Defendant                :

## ORDER

**AND NOW, THIS 20TH DAY OF MARCH, 2015**, upon consideration of Defendant Hess Maschinefabrik GmbH &Co.KG's Motion for Summary Judgment (Doc. 29) and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (Doc. 29) is **GRANTED IN PART AND DENIED IN PART**; to wit:

   a. The motion is **DENIED** as to Count I, Count II, and Plaintiff's breach of express warranty claim in Count III.

   b. The motion is **GRANTED** as to Plaintiff's breach of implied warranty claim in Count III.

2. A telephone scheduling conference will be held on **Friday, April 3, 2015, at 2:00 p.m.** Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge